United States District Court for the First (1st) Circuit

RECEIVED IN CLERK'S OFFICE
DATE 10/27/23

Tyrone Hurt
(See: Haines vs Kerner, 1972)
317 Kentucky Ave. S.E.
#2, W.D.C. 20003
771-215-6028

Civil Action No.

Plaintiff

and

V's: Constitution, (1608-) (1775-)
(See: Haines vs Kerner, 1972)

and

The American Heritage College Dictionary

and

The Inflation Reduction Act - (8/17/2022)

Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1330, U.S.C., Title 28, Section 1331 & 1332, U.S.C., Title 28, Section 1975, U.S.C.

2. The amount in controversy exceeds $75,000.00 dollars exclusive to interest and costs.

3. I am a citizen of the D.C. and of the U.S.A.

4. That I demand a trial by a Jury on all the issues involved.

### Statements to the Facts to the Case
### Memorandum to Law

1. The Plaintiff respectfully states, that to this Honorable Ct. see: U.S. Constitution (1608-)(1775-) and to see: Human rights to humanitarian order, inasmuch, as, one (1) numerous (possibly known) billionaires issues within this nation for medicine which are American, tortious unequal, which this provides (not to see: The Inflation Reduction Act - (8/16/2022) endorsed by the U.S. (congress to the U.S. and signed by the Executive Branch to Government, which enables, all, americans to secure to the one(s) pursuant bills ourselves, please also, ipso unequal, is quite evident, in violation to the Fifth (5th), Eighth (8th), and Fourteenth (14th) Amendments Rights to the U.S. Constitution (1608-)(1775-) taken, which has been for a long-time placed upon unequally upon americans.

## Motion to proceed In Forma Pauperis, pursuant to Title 28, Section 1915, U.S.C.

Comes now, Tyrone Hurtz, the Plaintiff, and respectfully moves the Honorable, U.S. District Ct for the First (1st) Cir., for leave to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C. for the following reasons:

1. The Plaintiff respectfully states that pursuant to my privilege, that I am unable to pre-pay the said filing fees for the filing of the foregoing complaint, and that said Plaintiff be allowed and permitted to proceed In forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

## Memorandum to law

1. See: U.S. Constitution, (1658-) (1775-).
   See: Enabled in Supervision Act (B-(81/17/2022)).
   See: Title 28, Section 1915, U.S.C.
   See: Black's Law dictionary - (2009).
   See: The American Heritage College dictionary.

### Relief

1. The Plaintiff seeks said implementation and execution to said enacted law by said Executive Branch of Government to the Inflation Reduction Act (8/16/2022) upon said limitations, lodges within this action. The Plaintiff seeks said one (1) million dollars in punitive and monetary damages against said United States of America.

### Affidavit to Poverty, Pursuant to Title 28, section 1915, U.S.C.

I, Tyrone Hart, the Plaintiff, do respectfully state that due to my poverty, that I am unable to pre-pay the $350 civil filing fee for the filing of the foregoing complaint, that I am unable to give surety for the same, that I believe that I am entitled to the redress that I now seek.

### Certification of Service

I, Tyrone Hart, the Plaintiff, do respectfully state that I have upon this 18th day of Aug., '23, have sent the foregoing complaint to the U.S. District Ct. for the First (1st)


(8)

[service], to make serv'u upon the Att'y. for the United States of America.

Respectfully submitted,

8 [signature]

(Plaintiff, Pro-Se)
(Hindu U. Kundu, 1973)