UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-12579-RGS

TYRONE HURT

v.

THE AMERICAN HERITAGE COLLEGE DICTIONARY, et al.

## **FINAL ORDER OF DISMISSAL**

In accordance with the Order dated October 30, 2023, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date: 10/30/2023    /s/ Richard G. Stearns
                                                    _____
                                                    UNITED STATES DISTRICT JUDGE