UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-12579-RGS

TYRONE HURT

v.

THE AMERICAN HERITAGE COLLEGE DICTIONARY, et al.

## **ORDER**

On October 30, 2023, the court dismissed this action because the plaintiff, Tyrone Hurt, had failed to comply with a 2013 order of enjoinment requiring him to obtain permission of the court prior to commencing a new civil action. *See Hunt v. All Neo-Nazis*, C.A. No. 13-11321-IT (D. Mass. June 20, 2013).

Hurt has filed a motion to appeal *in forma pauperis*. Dkt #5. The motion is DENIED because (1) Hurt has not filed a notice of appeal, and the time for doing so has passed, *see* Fed. R. App. P. 4(a)(1)(A), 4(a)(5)(A); and (2) any appeal of the order dismissing this action would not be taken in "good faith," *see* 28 U.S.C. § 1915(a)(3). The court also notes that Hurt has not provided the financial affidavit required under Fed. R. App. P. 24(a)(1).

Date: 1/5/2024    /s/ Richard G. Stearns
    _____
    UNITED STATES DISTRICT JUDGE